## MEMORANDUM DECISIONS.

A. C. McCLURG & CO. et al. v. DOWIE. (Circuit Court of Appeals, Seventh Circuit. June 7, 1910.) No. 1,052. Petition to Review and Revise Order of District Court of the United States for the Northern District of Illinois. John H. S. Lee, for appellants. Jacob Newman, for respondent.

PER CURIAM. Petition to review and revise dismissed, on motion of respondent.

BRAY et al. v. UNITED STATES FIDELITY & GUARANTY CO. et al. (Circuit Court of Appeals, Fourth Circuit. July 14, 1909.) Appeal from the Circuit Court of the United States for the Northern District of West Virginia, at Parkersburg. Decree of Circuit Court reversed, with costs, 170 Fed. 689, 96 C. C. A. 9. William M. Hall, J. A. Dupuy, and V. B. Archer, for appellants. B. M. Ambler, for appellees.

PER CURIAM. Order allowing appeal to the Supreme Court of the United States filed.

CHICAGO MOTOR VEHICLE CO. v. AMERICAN OAK LEATHER CO. et al. (Circuit Court of Appeals, Seventh Circuit. June 7, 1910.) No. 1,174. On Petition to Review and Revise Order of District Court of the United States for the Northern District of Illinois. See, also, 141 Fed. 518, 72 C. C. A. 576. S. M. Meeks and E. E. McKay, for appellant. Jacob Newman, for respondents.

PER CURIAM. Petition to review and revise dismissed, on motion of respondent.

In re HANYAN. (Circuit Court of Appeals, Second Circuit. July 5, 1910.) No. 331. Appeal from the District Court of the United States for the Southern District of New York. In the matter of David I. Hanyan, bankrupt. From an order of adjudication (180 Fed. 498), the bankrupt appeals. Affirmed. James Jenkins, for appellant. Graham Witschief, for appellee. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. Affirmed, upon the opinion of the District Judge. 180 Fed. 498.

JAMES v. STONE & CO. (Circuit Court of Appeals, Fourth Circuit. August 13, 1910.) No. 967. Appeal from the District Court of the United States for the Eastern District of North Carolina, at Wilmington, in Bankruptcy. Decree of District Court affirmed, with costs, 181 Fed. 476. H. L. Stevens and Henry R. Miller, for appellant.

PER CURIAM. Order allowing appeal to the Supreme Court of the United States filed.